UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 8:21-cv-01245-CJC-ADS |
| Title | Quy Truong v. Jenkin H.N. Dunn et al. |
| Date | November 17, 2021 |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been notified by a Notice of Settlement [20] that the case settled hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for ninety (90) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

                                                                                          \_\_ : \_\_

Initials of Deputy Clerk    rrp

cc: